## BURNEY BAILEY V. THE STATE.

No. 19316.   Delivered January 19, 1938.

The opinion states the case.

*Hassie L. Holley,* of Granger, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for drunkenness in a public place, punishment being a fine of $25.00.

The transcript fails to show any notice of appeal entered of record as required by Art. 827, C. C. P., without which this court has no jurisdiction.

The appeal is dismissed.

*Dismissed.*